## KAHN v. BOARD OF SUPERVISORS OF CITY AND COUNTY OF SAN FRANCISCO.

### No. 11,765; December 22, 1886.

12 Pac. 478.

D. M. Delmas for petitioner; John L. Love and P. G. Galpin for respondent.

By the COURT.—On the authority of Kahn v. Bauer, ante, p. 728 (No. 11,764, this day decided), motion denied, with leave to respondent to answer within ten days.